UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHRYN A. MACK et al.,

    Plaintiffs,

v.                                                  Case No. 8:05-cv-859-T-23MSS

WYETH INC., et al.,

    Defendants.
_____/

## **O R D E R**

Wyeth and Wyeth Pharmaceuticals, Inc. ("Wyeth"), file an unopposed motion (Doc. 7) for an extension of time to answer pending transfer of the case to the multi-district litigation court in the Eastern District of Arkansas. The motion (Doc. 7) for an extension is **GRANTED**. Wyeth and all other defendants shall have until **five (5) days after the entry of the transfer order** to answer. Additionally, Wyeth files an unopposed motion (Doc. 8) for a stay of proceedings pending transfer. However, a previous order (Doc. 6) stayed the action pending transfer to the multi-district litigation court in the Eastern District of Arkansas. Consequently, the motion (Doc. 8) is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on June 17, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge
        Courtroom Deputy